IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH HIPLER,

    Petitioner,

v.

RANDALL HEPP, Warden,
Jackson Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-371-slc

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying the petition for a writ of habeas corpus.

_____        4/23/10
Peter Oppeneer, Clerk of Court        Date