IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH HIPLER,

                     Petitioner,                    ORDER

    v.

                                                09-cv-0371-slc

RANDALL HEPP, Warden,
Jackson Correctional Institution,

                     Respondent.

---

Petitioner Joseph Hipler has filed a request for a certificate of appealability. It is unclear whether the request is directed to this court or the Court of Appeals for the Seventh Circuit. In any event, for the reasons stated in this court's order entered April 23, 2010, petitioner's request for a certificate of appealability is DENIED.

Entered this 24th day of May, 2010.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge